



# MEMORANDUM OPINION

No. 04-10-00801-CR

**IN RE** David **SALINAS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  November 24, 2010

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On November 3, 2010, relator filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his "Motion for Judgment and Sentence Nunc Pro Tunc to Correct Clerical Error in Judgment."  However, on November 8, 2010, the trial court signed an order denying relator's motion.  Accordingly, the petition for writ of mandamus is DENIED AS MOOT.  *See* TEX. R. APP. P. 52.8(a).

                                                           PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1991-CR-0208, styled *State of Texas v. David Salinas*, in the 187th Judicial District Court, Bexar County, Texas, the Honorable Raymond Angelini presiding.